JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

FRANCISCO VICENTE-VICENTE,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-04408-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 21), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Amended Petition (ECF 14) is denied without prejudice and that the case be dismissed. The Court directs the Clerk of Court to close this case.

DATED: September 25, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE